CHARLES H. CLARK, as Trustee in Bankruptcy of THE INVESTORS UNDERWRITING CORPORATION, Appellant, v. HERBERT H. CHILDS and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied.

MICHAEL W. CROUGH, as Administrator, etc., of DONALD CROUGH, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 757.]

DANIEL P. CROUGH, as Administrator, etc., of D. FRANCIS CROUGH, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 757.]

ALICE R. PERRY, as Administratrix, etc., of HELEN E. PERRY, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 757.]

MARY A. WYNNE, Respondent, Appellant, v. WILLIAM B. CRARY and Another, Respondents, and JOHN DUIGNAN, Appellant.— Motion for a reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

FRANCES R. WYNNE, Respondent, Appellant, v. WILLIAM B. CRARY and Another, Respondents, and JOHN DUIGNAN, Appellant.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied.

MARGARET D. WYNNE, Respondent, Appellant, v. WILLIAM B. CRARY and Another, Respondents, and JOHN DUIGNAN, Appellant.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals denied.

JACOB SCHMITT, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs. All concur.

MARGARETHA SCHMITT, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs. All concur.